IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROSONIC CORPORATION,
an Ohio corporation, et al.,
      Plaintiffs,

v.                                   Case No. 3:07cv442/RS/EMT

JOHN ROBERT BAKER, JR.,
      Defendant.
_____/

**O R D E R**

      This cause is before the court upon Defendant's Motion to Compel Rule 30(b)(6) Deposition or Alternatively for Leave to Take Rule 30(b)(6) Deposition After Expiration of the Discovery Deadline (Doc. 59), and Defendant's Second Consolidated Motion to Compel Discovery from Plaintiffs Prosonic Corporation and Boart Longyear Limited (Doc. 60).  Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

      Accordingly, it is **ORDERED**:

      Plaintiffs shall respond to Defendant's motion on or before  **MONDAY**, **APRIL 7, 2008**.[1]

      **DONE AND ORDERED** this 4th day of April 2008.

                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] The court realizes that this deadline will necessitate working through the weekend.  However, due to the impending discovery deadline, the court, too, will be required to work over the weekend in order to review the 129 pages of motions and exhibits that Defendant has submitted (*see* Docs. 59, 60).  Although the court has heard only one side of this issue, Defendant's position appears to be well taken on both motions.  Moreover, as to Defendant's first motion, Plaintiffs will likely be required to provide a corporate representative who will be required to testify prior to the discovery cut-off date.  Thus, Plaintiffs should carefully consider this prior to drafting a response to Defendant's motions.  In lieu of drafting a response, however, Plaintiffs may file a notice on or before April 7, 2008, indicating that they have complied with Defendant's requests.